IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-144-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| MICHAEL JOSEPH OWENS and CRYSTAL ANGELA NICHOLE GUTIERREZ, | |
| Defendants. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on September 13, 2023, the defendant Owens entered a plea of guilty to count 2 of the indictment, which charged him with possession with intent to distribute controlled substances;

1

AND WHEREAS, on September 14, 2023, defendant Gutierrez entered a plea of guilty to count 2 of the indictment, which charged her with possession with intent to distribute controlled substances;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on September 20, 2023, and ending on October 19, 2023, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- Ruger, Model LCP II, .380 caliber pistol (SN: 380105834);
- 7 rounds of .380 caliber ammunition; and
- $5,140.00 US Currency.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send a copy of this order to the United States Marshal.

DATED this 4th day of December, 2023.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge